**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


CHRISTOPHER ROBINSON,                                                                    PLAINTIFF
ADC #164517


v.                                           4:16CV00563-SWW-JTK


STACEY MONTGOMERY, et al.                                                          DEFENDANTS

<u>**ORDER**</u>

Robinson has not responded to this Court's August 12, 2016 Order directing him to pay

the $400 filing fee for this action or file a Motion to Proceed in forma pauperis, within thirty

days (Doc. No. 3).  A copy of the Order was re-mailed to Robinson on August 17, 2016, after the

Court received notice of a change in his address (Doc. No. 4).  As of this date, however,

Robinson has not responded to the Court's Order. Therefore, the Court finds his Complaint

should be dismissed without prejudice, for failure to prosecute.[1]      Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without

---

[1]Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and
Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice. . . .

prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th  day of September, 2016.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE