# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTOPHER ROBINSON,                                                                    PLAINTIFF
ADC #164517

v.                                    4:16CV00563-SWW-JTK

STACEY MONTGOMERY, et al.                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of September, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE